STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7256
    FAX: (415) 436-7234
    Maya.Karwande@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NOLAN RAMOS,<br><br>    Defendant. | CASE NO. 22-CR-00228-WHO<br>[FILED JUNE 15, 2022]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NELSON CASTENEDA,<br><br>    Defendant. | CASE NO. 22-CR-00324-SI<br>[FILED AUGUST 29, 2022]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR FERNANDO VIERA RODRIGUEZ,<br><br>    Defendant. | CASE NO. 22-CR-00325-RS<br>[FILED AUGUST 30, 2022]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

NOTICE OF RELATED CASES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 22-CR-00327-SI |
| | ) | [FILED AUGUST 31, 2022] |
| Plaintiff, | ) | |
| | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| v. | ) | ACTION |
| | ) | |
| EDGARDO JOSE AGUILAR CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Criminal Rule 8-1, the United States hereby notifies the Court that the four above-captioned criminal cases are related. On October 12, 2021, the four defendants in the above-captioned case were charged by complaint (originally filed under 21-mj-71624) with one count of conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(c). In June of 2022, Nolan Ramos elected to waive indictment and proceed by Information and his case was assigned to the Honorable William H. Orrick, U.S. District Judge for the Northern District of California (22-CR-00228-WHO). Ramos pleaded guilty and on August 25, 2022, he was sentenced. In August of 2022, the other defendants, Nelson Casteneda (22-CR-00324-SI), Fernando Viera (22-CR-00325-RS), and Edgardo Aguilar-Cruz (22-CR-00327-SI) also elected to waive indictment and proceed by Information.

As set out in the criminal complaint, each of these cases stems from the same criminal investigation. For several years, the DEA and other law enforcement agencies have been investigating networks of drug trafficking organizations selling controlled substances in the Tenderloin. As part of the instant investigation, a CS identified Fernando Viera ("Fernando") (22-CR-00325-RS) as a mid-level drug trafficker in the Bay Area. At the same time, DEA agent acting in an undercover capacity began purchasing fentanyl from Edgardo Aguilar-Cruz ("Aguilar-Cruz") (22-CR-00327-SI). The investigation included two Court-authorized interceptions of wire and electronic communications over Fernando's and Aguilar-Cruz's phones. The interceptions revealed that Fernando coordinated drug transactions with Aguilar-Cruz, Casteneda, and Ramos.

Because of the overlapping discovery and because these cases involve many of the same events and occurrences, the cases are related within the meaning of Local Rule 8-1(b)(2). Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the

actions likely would involve substantial duplication of labor.  Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: September 7, 2022

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
MAYA KARWANDE
Assistant United States Attorney

NOTICE OF RELATED CASES